OCTOBER 4, 1960

No. 64659.—National Lock Company *v.* United States, protest 312183–K.—

—Abstract 64441. Plaintiff's application for rehearing denied.